PATRICK McCUE, Respondent, v. J. F. SHEA COMPANY, INC., and HENRY J. KAISER COMPANY, Respondents, and FRANK ANGELILLI, JR., Appellant.— Action brought by plaintiff, an employee, to recover damages for personal injuries. Order (1) denying the motion of appellant Angelilli for judgment on the pleadings dismissing the complaint as to him; (2) granting plaintiff's cross-motion to dismiss the second separate and complete defense contained in appellant Angelilli's answer to the plaintiff's complaint; and (3) granting the motion of defendants J. F. Shea Company, Inc., and Henry J. Kaiser Company, to strike out and dismiss the second separate and complete defense of appellant Angelilli to their cross-complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. [175 Misc. 557.]

ROSALIE O'HALLORAN, Respondent, v. EARL R. CARLSON, Appellant, and ILSE CARLSON, Defendant.— Action to recover damages for personal injuries sustained by plaintiff when appellant's automobile, in which plaintiff was a passenger, left the highway and turned over. Judgment in favor of plaintiff was entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY CARAVELLO, Alias KAY REESE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of violating sections 421 and 1146 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ERNEST L. SCHWAB, Appellant, v. RUBEL CORPORATION and REICHMAN & HOFFMAN BROS., INC., Respondents.— Consolidated actions by a lieutenant of the New York city fire department to recover for personal injuries sustained when he fell through a hole in the floor of a building which he entered in the line of duty for the purpose of extinguishing a fire. The building was owned by defendant Rubel Corporation, but was not being used. Defendant Reichman & Hoffman Bros., Inc., had purchased the metal and machinery in the building and was engaged in cutting it up and removing it, when one of its employees caused a fire and the workmen were forced to leave the premises. The workmen had removed the walls from around a dumbwaiter-like shaftway and were using the hole, which was thereby left in the floor, for the purpose of dropping certain materials to the lower floor. The plaintiff, who had entered the building for the purpose of extinguishing the fire, walked through the room, which was filled with dark smoke, stepped into the hole and fell onto a pile of debris on a lower floor. At the close of the entire case, the trial court dismissed the complaint against defendant owner and directed a verdict in favor of defendant contractor. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.